TO: Jim Molinelli
Docket Clerk

OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute Heroin(21 USC 846 and 841 (b)(1)(C),a Class C Felony.

ORIGINAL SENTENCE: Forty-Six (46) Months Imprisonment followed by a Three (3) Year term of Supervised Release.

FROM: Steven Vargas
U.S. Probation Officer

SPEC. CONDITIONS: $100 Special Assessment Fee. The defendant will participate in a program approved by the United States Probation Office for SUBSTANCE ABUSE, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered (co payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

AUSA: David P. Folmar, Jr.

RE: Richard Rodriguez
Docket # 4:04CR00245-013

08CRIM 807

DATE OF SENTENCE: September 6, 2005

DATE: August 19, 2008

ATTACHMENTS:     JUDGMENT X

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On September 6, 2005, the above-mentioned individual was sentenced as outlined above in the Northern District of Ohio, by the Honorable Peter C. Economus, U.S. District Court Judge.

On August 5, 2008, we received a letter from the Northern District of Ohio, advising that the Honorable Peter C. Economus, U.S. District Court Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Rodriguez transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Steven Vargas
U.S. Probation Officer
212-805-5076

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 2 6 2008